**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


| | | |
|---|---|---|
| IN THE INTEREST OF: D.T.M., A MINOR | : | No. 65 EAL 2017 |
| PETITON OF: D.M., MOTHER | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |


## ORDER


**PER CURIAM**

    **AND NOW**, this 30th day of March, 2017, the Petition for Allowance of Appeal is

**DENIED**.